PHILIP M. BERNSTEIN, Respondent, *v.* JOSEPH A.
BERNSTEIN, Appellant.

*Ejectment — landlord and tenant — breach of covenants in lease pro-
hibiting subletting or placing of signs on building without consent of
landlord.*

*Bernstein* v. *Bernstein*, 214 App. Div. 790, affirmed.

(Argued May 28, 1926; decided July 9, 1926.)

APPEAL from a judgment entered October 26, 1925,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department reversing a
judgment in favor of defendant entered upon a verdict
directed by the court and directing judgment in favor of
plaintiff.  The action was in ejectment, landlord against
tenant, to recover possession of leased premises by reason
of alleged breaches by the tenant of covenants prohibiting,
without the written consent of the landlord, subletting or
the placing of signs about the building.

*Harry W. Moore* for appellant.

*Benjamin Weiss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ROSE G. GOLDSTEIN, as Trustee for ANSELMO DI PACE,
et al., Respondent, *v.* ADOLPH S. HUMMEL, Individually
and as Executor of MINNIE HUMMEL, Deceased,
Appellant.

*Subrogation — assessment — action to revive assessment lien, subrogate
plaintiff thereto and foreclose same.*

*Goldstein* v. *Hummel*, 215 App. Div. 806, affirmed.

(Argued May 28, 1926; decided July 9, 1926.)

APPEAL, by permission, of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 23, 1926, unanimously affirming a judgment in
favor of plaintiff entered upon a decision of the court on
trial at Special Term.  The action was in equity to revive
an assessment lien, subrogate the plaintiff to the rights of
the city of New York therein and foreclose the same.